IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Conner, Terrence B

Printed: 5/20/08

Case Number: 07 B 21375
Judge: Squires, John H
Filed: 11/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,805.00 |
| Trustee Fee: |  | 195.00 |
| Other Funds: |  | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,851.50 | 2,805.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 59,752.30 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 447.18 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 324.50 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 1,266.16 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 30.25 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 61.95 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 2.82 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 50.84 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 520.66 | 0.00 |
| 12. | Applied Card Services | Unsecured |  | No Claim Filed |
| 13. | CMI | Unsecured |  | No Claim Filed |
| 14. | Applied Card Services | Unsecured |  | No Claim Filed |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | AFNI | Unsecured |  | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 18. | Chase Receivables | Unsecured |  | No Claim Filed |
| 19. | ER Solutions | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | HSBC | Unsecured |  | No Claim Filed |
| 22. | Rnb Fields3 | Unsecured |  | No Claim Filed |
| 23. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 24. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Conner, Terrence B | | Case Number: 07 B 21375 |
| | | Judge: Squires, John H |
| Printed: 5/20/08 | | Filed: 11/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 27. | Global Payments | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 65,308.16 | $ 2,805.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 195.00 |
| | _____ |
| | $ 195.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____